1  Youssef H. Hammoud (SBN:321934)
   **HAMMOUD LAW, P.C.**
2  206 W. 4th St., 3rd Floor
   Santa Ana, CA 92701
3  T: (949) 301-9692
   F: (949) 301-9693
4  E: yh@lawhammoud.com

5
   Attorney for Plaintiff,
6  *Oussama Issa*

7              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
8

9  OUSSAMA ISSA,                          **Case No.: 8:20-cv-00117-JLS-DFM**

10         Plaintiff,
                                          **NOTICE OF SETTLEMENT AS TO**
11 v.                                     **DEFENDANT CAPITAL ONE BANK**
                                          **(USA), N.A.**
12
   CAPITAL ONE BANK (USA), N.A.
13
           Defendant.
14

15

16     NOTICE IS HEREBY GIVEN that Plaintiff Oussama Issa and Defendant Capital

17 One Bank (USA), N.A., ("Defendant") have settled all claims between them in this

18 matter. The parties are in the process of completing the final settlement documents and

19 expect to file a Stipulation for Dismissal with prejudice as to Defendant within the next

20 forty-five (45) days. Plaintiff requests that this Court vacate all pending deadlines and

21 hearings in this matter as to Defendant. Plaintiff also requests that this Court retain

22 jurisdiction for any matters related to completing and/or enforcing the settlement.

23

24                                        RESPECTFULLY SUBMITTED,
25

1 | Dated: May 08, 2020                    By:/s/ Youssef H. Hammoud
2 |                                             Youssef H. Hammoud (SBN: 321934)
3 |                                             HAMMOUD LAW, P.C.
  |                                             206 W. 4th St., 3rd Floor
4 |                                             Santa Ana, CA 92701
  |                                             T: (949) 301-9692
5 |                                             F: (949) 301-9693
  |                                             yh@lawhammoud.com
6 |
7 |                                             Attorneys for Plaintiff
  |                                             *Oussama Issa*
8 |
9 |
                            **CERTIFICATE OF SERVICE**
10 | I hereby certify that on May 08, 2020, I electronically filed the foregoing with the Clerk
   | of the Court using the ECF system, which will send notice of such filing to all attorneys
11 | of record in this matter.
12 |
   | */s/ Youssef H. Hammoud*
13 |