1  Youssef H. Hammoud (SBN: 321934)
   **HAMMOUD LAW, P.C.**
2  206 W. 4th St., 3rd Floor
3  Santa Ana, CA 92701
   T: (949) 301-9692
4  F: (949) 301-9693
5  E: yh@lawhammoud.com

6
7  *Attorneys for Plaintiff*
   *Oussama Issa*
8
## UNITED STATES DISTRICT COURT
9  ## CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| | Case No.: 8:20-cv-00117-JLS-DFM |
| OUSSAMA ISSA, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.** |
| Plaintiff, | |
| v. | |
| CAPITAL ONE BANK (USA), N.A. | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Oussama Issa ("Plaintiff") and Defendant Capital One Bank (USA), N.A., ("Defendant"), by and through undersigned counsel, hereby stipulate this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant. The

parties have further stipulated that each party shall bear their own attorneys' fees, costs and expenses.

Respectfully submitted this 19th day of May 2020.

/s/ *Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
206 W. 4th St., 3rd Floor
Santa Ana, CA 92701
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorneys for Plaintiff,*
*Oussama Issa*

/s/ *Marcos Sasso*
Marcos Sasso (SBN: 228905)
**BALLARD SPAHR**
2029 Century Park East, Suite 800
Los Angeles, CA 90067
T: (424) 204-4324
F: (424) 204-4350
E: sassom@ballardspahr.com

*Attorneys for Plaintiff,*
*Capital One Bank (USA), N.A.*