# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA ISSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>　　　　　Defendant. | Case No.: 8:20-cv-00117-JLS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A., and good cause appearing,

　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees, costs, and expenses.

　　**IT IS ORDERED**.

Dated: 05/19/2020　　　　　　　　By: _JOSEPHINE L. STATON_____

　　　　　　　　　　　　　　　　　　　Honorable Josephine L. Staton
　　　　　　　　　　　　　　　　　　　United States District Judge